03-16-00332-CR

Mary Scopas
207th Judicial District Court Reporter
Serving Comal, Hays and Caldwell Counties
(512) 757-0387
Scopam@co.comal.tx.us


November 21, 2016


Third Court of Appeals


Re:  Cause No. CR-14-0271, State of Texas v. Clifton
Hennington, In the 207th Judicial District Court, Hays
County, Texas.


To Whom it May Concern:


        I am respectfully requesting an additional 30

days to produce the appellate record in the

above-referenced case.



                    Very Truly Yours,




                    **\s\ Mary Scopas**
                    Mary Scopas, CSR, RPR
                    CSR #5313 -  Expiration Date: 12/31/16
                    RPR #812407 - Expiration Date: 09/30/19